# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robin Mae Garrett            BK NO. 20-00459 HWV

         **Debtor(s)**                  **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                                         Respectfully submitted,

                                                         **/s/ James C. Warmbrodt, Esquire**
                                                         James C. Warmbrodt, Esquire
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA  19106
                                                         215-627-1322