IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| Linda Ann Cedeno, | : CASE NO. 5:19-bk-04965 |
| aka Linda A. Cedeno | : |
| aka Linda Cedeno, | : CHAPTER 13 |
|     Debtor | : |
| | : |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | : |
|     Movant | : |
| v. | : |
| Linda Ann Cedeno, Eugene R. Mayo Jr. | : |
| (Co-Debtor) and Charles J DeHart, III | : |
| (Trustee) | : |
|     Respondents. | : |

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW comes the Debtor, Linda Ann Cedeno, with this Answer to the Motion for Relief from the Automatic Stay of Nationstar Mortgage LLC d/b/a Mr. Cooper and avers:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied to the extent the averments of paragraph 5 constitute anything other than a statement or conclusion of law or misplaced request for relief.

6. Admitted.

7. Admitted in part and denied in part. It is admitted only that Debtor fell behind on mortgage payments. After reasonable investigation Debtor is unsure of the extent of the arrearages and the suspense balance and therefore the remainder of this paragraph is

denied.

8. Denied. See Answer to Paragraph No.7 above.

9. Denied to the extent the averments of paragraph 9 constitute anything other than a statement or conclusion of law or misplaced request for relief.

10. Denied to the extent the averments of paragraph 10 constitute anything other than a statement or conclusion of law or misplaced request for relief.

11. Denied to the extent the averments of paragraph 11 constitute anything other than a statement or conclusion of law or misplaced request for relief.

WHEREFORE, Debtor prays this Honorable Court for an Order denying the Motion for Relief and for such other and further relief as this Honorable Court deems just and appropriate.

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell, Esq.
Attorney I.D. No. 206555
Attorney for Debtor
712 Monroe St., PO Box 511
Stroudsburg, PA 18360-0511
(570) 421-9090